**Order entered October 30, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01047-CV

### KEITH HERVEY, Appellant

### V.

### RENT A CENTER AND RAC CORPORATION, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00467-2019**

## ORDER

Before the Court is appellant's motion for inability to pay, dated October 20, 2019 and filed October 25, 2019. Appellant seeks a waiver of the $205 appellate court filing fee.

We note that by order dated September 27, 2019 we denied a similar motion as moot because appellant had filed a statement of inability to afford payment of costs in the trial court and, under Texas Rule of Appellate Procedure 20.1(b)(1), his indigence status in the trial court carried forward to this Court. *See* TEX. R. APP. P. 20.1(b)(1). Accordingly, because appellant is not required to pay costs, we also **DENY** the current motion as moot.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE